AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| RAMON MARISCAL ALVAREZ, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| ZAGARY Z. HELMS, THOMAS JEFFERSON, | ) |
| ANDREW WILLIAM, and CARLOS OYON, | |
| *Defendant* | |

Civil Action No.   2:20-CV-0216-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   This action is DISMISSED without prejudice.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____Thomas O. Rice_____ for failure to comply with the
filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

Date:  __August 11, 2020__

CLERK OF COURT

_SEAN F. McAVOY_

_s/ Linda L. Hansen_
*(By) Deputy Clerk*

_Linda L. Hansen_